1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GORDON, JR., )<br><br>                    Petitioner, )<br><br>        v. )<br><br>HARTLEY, Warden, )<br><br>                    Respondent. )<br>_____ ) | 1:07-cv-01652 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS (Doc. 5)<br><br>ORDER DISMISSING PETITION FOR WRIT<br>OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT<br>TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because the petition was not filed within the one-year limitations period prescribed by 28 U.S.C. § 2244(d). (Doc. 5).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations filed January 23, 2008 (Doc. 5), are

        ADOPTED IN FULL;

2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    March 11, 2008**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE